# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA LOWE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   18-1737 (RC) |
| | : | |
| v. | : | Re Document Nos.:   13, 14 |
| | : | |
| NANCY A. BERRYHILL, | : | |
| In her official capacity as | | |
| Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## <u>MEMORANDUM ORDER</u>

This Court referred Plaintiff's pending motion for judgment of reversal to Magistrate Judge Zia M. Faruqui, who issued a Report and Recommendation on March 9, 2021. The Report and Recommendation recommended that Plaintiff's motion for judgment of reversal be denied and Defendant's motion for judgment of affirmance be granted. In making this recommendation, the Report affirmed the validity of an earlier ruling before an administrative law judge, which concluded that Plaintiff's impairments did not qualify her for disability benefits under Title XVI of the Social Security Act, 42 U.S.C. § 405(g). *See* R. & R. 9–13, ECF No. 16. No party has submitted objections to the Report and Recommendation. Therefore, all objections are deemed waived. *Elec. Transaction Sys. Corp. v. Prodigy Partners Ltd.*, 2009 WL 3273920, at *1 (D.D.C. Oct. 9, 2009) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)).

Accordingly, it is this 29th day of March, 2021, hereby

**ORDERED** that Magistrate Judge Faruqui's Report and Recommendation is adopted in full; and it is

**FURTHER ORDERED** that Plaintiff's motion for judgment of reversal (ECF No. 13) is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's motion for judgment of affirmance (ECF No. 14) is **GRANTED**.

**SO ORDERED**.

Dated:  March 29, 2021                                  RUDOLPH CONTRERAS
                                                        United States District Judge